UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS SOBIECH, *et al.*

v.

WHIPPERHILL CONSULTING, LLC, and
MATTHEW P. FANTASKEY

: 2:15-cv-00667-CRE

### DECLARATION OF THOMAS SOBIECH

I, THOMAS SOBIECH, hereby declare, subject to penalty of perjury, that the following statements are true and correct to the best of my personal knowledge, information, and belief:

1. During various times between approximately _January of 2012_ and approximately _October of 2013_, I was employed by WhipperHill Consulting, LLC ("WhipperHill") as an Environmental Inspector.

2. During my WhipperHill employment, I was paid a set amount of money for each day I worked.

3. During my WhipperHill employment, I regularly worked over 40 hours per week.

4. During my WhipperHill employment, I did not receive any extra pay for hours worked over 40 per week.

Pursuant to 42 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements is true and correct and that I have personal knowledge of the information provided above.

_8/16/2015_
Date

_Thomas Sobiech_
Signature


PLAINTIFF'S EXHIBIT B