Whipperhill Consulting, LLC
PO Box 41
Coudersport, PA 16915

Thomas Sobiech
PO Box 7
Pine Island, NY 10969

---

**Employee Pay Stub** | Check number: | | Pay Period: 03/26/2012 - 04/08/2012 | Pay Date: 04/13/2012

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Thomas Sobiech, PO Box 7, Pine Island, NY 10969 | ***-**-2281 | Married/Withhold | Fed-4/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Daily Rate | 11:00 | 312.00 | 3,432.00 | 18,133.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local W/H (1.0) | | | -34.32 | -181.33 |
| Local Services Tax | | | 0.00 | -10.00 |
| Federal Withholding | | | -347.00 | -1,952.00 |
| Social Security Employee | | | -144.15 | -761.59 |
| Medicare Employee | | | -49.77 | -262.93 |
| PA - Withholding | | | -105.36 | -556.68 |
| PA - Unemployment Employee | | | -2.75 | -14.51 |
| | | | -683.35 | -3,739.04 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Daily Per Diem | | | 1,793.00 | 9,617.00 |
| Comm./Tech Allowance | | | 275.00 | 1,475.00 |
| Mileage Reimb. | | | 1,051.05 | 5,442.25 |
| Utility Vehicle Use | | | 400.00 | 1,000.00 |
| | | | 3,519.05 | 17,534.25 |

| Net Pay | | | 6,267.70 | 31,928.21 |


PLAINTIFF'S EXHIBIT E

Whipperhill Consulting, LLC
PO Box 41
Coudersport, PA 16915

Thomas Sobiech
PO Box 7
Pine Island, NY 10969

| Employee Pay Stub | Check number: | | | | Pay Period: 04/09/2012 - 04/22/2012 | | Pay Date: 04/27/2012 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Thomas Sobiech, PO Box 7, Pine Island, NY 10969 | | | | | ***-**-2281 | Married/Withhold | Fed-4/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Daily Rate | 9:00 | 312.00 | 2,808.00 | 20,941.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Local W/H (1.0) | | | -28.08 | -209.41 |
| Local Services Tax | | | 0.00 | -10.00 |
| Federal Withholding | | | -253.00 | -2,205.00 |
| Social Security Employee | | | -117.93 | -879.52 |
| Medicare Employee | | | -40.71 | -303.64 |
| PA - Withholding | | | -86.21 | -642.89 |
| PA - Unemployment Employee | | | -2.24 | -16.75 |
| | | | -528.17 | -4,267.21 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Daily Per Diem | | | 1,467.00 | 11,084.00 |
| Comm./Tech Allowance | | | 225.00 | 1,700.00 |
| Mileage Reimb. | | | 1,013.10 | 6,455.35 |
| Utility Vehicle Use | | | 360.00 | 1,360.00 |
| | | | 3,065.10 | 20,599.35 |
| **Net Pay** | | | **5,344.93** | **37,273.14** |

Whipperhill Consulting, LLC
PO Box 41
Coudersport, PA 16915


Thomas Sobiech
PO Box 7
Pine Island, NY 10969

| Employee Pay Stub | | Check number: | | | Pay Period: 05/21/2012 – 06/03/2012 | | Pay Date: 06/08/2012 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Thomas Sobiech, PO Box 7, Pine Island, NY 10969 | | | | | ***-**-2281 | Married/Withhold | Fed-4/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Daily Rate | 11:00 | 312.00 | 3,432.00 | 31,861.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local W/H (1.0) | | | -34.32 | -318.61 |
| Local Services Tax | | | 0.00 | -10.00 |
| Federal Withholding | | | -347.00 | -3,366.00 |
| Social Security Employee | | | -144.14 | -1,338.16 |
| Medicare Employee | | | -49.76 | -461.98 |
| PA - Withholding | | | -105.36 | -978.13 |
| PA - Unemployment Employee | | | -2.75 | -25.49 |
| | | | -683.33 | -6,498.37 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Daily Per Diem | | | 1,793.00 | 16,789.00 |
| Comm./Tech Allowance | | | 275.00 | 2,575.00 |
| Mileage Reimb. | | | 1,215.50 | 10,324.60 |
| Utility Vehicle Use | | | 440.00 | 2,760.00 |
| | | | 3,723.50 | 32,448.60 |

| Net Pay | | | 6,472.17 | 57,811.23 |
|---|---|---|---|---|

Whipperhill Consulting, LLC
PO Box 41
Coudersport, PA 16915

Thomas Sobiech
PO Box 7
Pine Island, NY 10969

| Employee Pay Stub | | | Check number: | | Pay Period: 06/04/2012 - 06/17/2012 | | Pay Date: 06/22/2012 |
|---|---|---|---|---|---|---|---|

| Employee | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Thomas Sobiech, PO Box 7, Pine Island, NY 10969 | | | | ***-**-2281 | Married/Withhold | | Fed-4/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Daily Rate | 12:00 | 312.00 | 3,744.00 | 35,605.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local W/H (1.0) | -37.44 | -356.05 |
| Local Services Tax | 0.00 | -10.00 |
| Federal Withholding | -407.00 | -3,773.00 |
| Social Security Employee | -157.25 | -1,495.41 |
| Medicare Employee | -54.29 | -516.27 |
| PA - Withholding | -114.94 | -1,093.07 |
| PA - Unemployment Employee | -2.99 | -28.48 |
| | -773.91 | -7,272.28 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Daily Per Diem | 1,956.00 | 18,745.00 |
| Comm./Tech Allowance | 300.00 | 2,875.00 |
| Mileage Reimb. | 1,266.10 | 11,590.70 |
| Utility Vehicle Use | 480.00 | 3,240.00 |
| | 4,002.10 | 36,450.70 |

| Net Pay | 6,972.19 | 64,783.42 |
|---|---|---|

Whipperhill Consulting, LLC
PO Box 41
Coudersport, PA 16915

Thomas Sobiech
PO Box 7
Pine Island, NY 10969

| Employee Pay Stub | | Check number: | | | Pay Period: 06/18/2012 - 07/01/2012 | | Pay Date: 07/06/2012 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Thomas Sobiech, PO Box 7, Pine Island, NY 10969 | | | | | ***-**-2281 | Married/Withhold | Fed-4/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Daily Rate | 12:00 | 312.00 | 3,744.00 | 39,349.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local W/H (1.0) | | | -37.44 | -393.49 |
| Local Services Tax | | | 0.00 | -10.00 |
| Federal Withholding | | | -407.00 | -4,180.00 |
| Social Security Employee | | | -157.25 | -1,652.66 |
| Medicare Employee | | | -54.29 | -570.56 |
| PA - Withholding | | | -114.94 | -1,208.01 |
| PA - Unemployment Employee | | | -3.00 | -31.48 |
| | | | -773.92 | -8,046.20 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Daily Per Diem | | | 1,956.00 | 20,701.00 |
| Comm./Tech Allowance | | | 300.00 | 3,175.00 |
| Mileage Reimb. | | | 1,315.05 | 12,905.75 |
| Utility Vehicle Use | | | 480.00 | 3,720.00 |
| | | | 4,051.05 | 40,501.75 |

| Net Pay | | | 7,021.13 | 71,804.55 |
|---|---|---|---|---|

Whipperhill Consulting, LLC
PO Box 41
Coudersport, PA 16915

Thomas Sobiech
PO Box 7
Pine Island, NY 10969

---

| Employee Pay Stub | | Check number: | | | Pay Period: 07/30/2012 - 08/12/2012 | | Pay Date: 08/17/2012 |
|---|---|---|---|---|---|---|---|

| Employee | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Thomas Sobiech, PO Box 7, Pine Island, NY 10969 | | | | ***-**-2281 | Married/Withhold | | Fed-4/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Daily Rate | 12:00 | 312.00 | 3,744.00 | 50,581.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local W/H (1.0) | -37.44 | -505.81 |
| Local Services Tax | 0.00 | -10.00 |
| Federal Withholding | -407.00 | -5,419.00 |
| Social Security Employee | -157.25 | -2,124.40 |
| Medicare Employee | -54.28 | -733.42 |
| PA - Withholding | -114.94 | -1,552.83 |
| PA - Unemployment Employee | -2.99 | -40.46 |
| | -773.90 | -10,385.92 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Daily Per Diem | 1,956.00 | 26,569.00 |
| Comm./Tech Allowance | 300.00 | 4,075.00 |
| Mileage Reimb. | 1,122.55 | 16,637.50 |
| Utility Vehicle Use | 480.00 | 5,160.00 |
| | 3,858.55 | 52,441.50 |

| Net Pay | 6,828.65 | 92,636.58 |
|---|---|---|

Whipperhill Consulting, LLC
PO Box 41
Coudersport, PA 16915

Thomas Sobiech
PO Box 7
Pine Island, NY 10969

**Employee Pay Stub**        Check number:                          Pay Period: 08/13/2012 - 08/26/2012        Pay Date: 08/31/2012

| Employee | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|
| Thomas Sobiech, PO Box 7, Pine Island, NY 10969 | | ***-**-2281 | Married/Withhold | Fed-4/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Daily Rate | 13:00 | 312.00 | 4,056.00 | 54,637.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local W/H (1.0) | -40.56 | -546.37 |
| Local Services Tax | 0.00 | -10.00 |
| Federal Withholding | -485.00 | -5,904.00 |
| Social Security Employee | -170.35 | -2,294.75 |
| Medicare Employee | -58.82 | -792.24 |
| PA - Withholding | -124.52 | -1,677.35 |
| PA - Unemployment Employee | -3.25 | -43.71 |
| | -882.50 | -11,268.42 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Daily Per Diem | 2,119.00 | 28,688.00 |
| Comm./Tech Allowance | 325.00 | 4,400.00 |
| Mileage Reimb. | 1,220.45 | 17,857.95 |
| Utility Vehicle Use | 200.00 | 5,360.00 |
| | 3,864.45 | 56,305.95 |

| Net Pay | 7,037.95 | 99,674.53 |
|---|---|---|

Whipperhill Consulting, LLC
PO Box 41
Coudersport, PA 16915

Thomas Sobiech
PO Box 7
Pine Island, NY 10969

| Employee Pay Stub | | Check number: | | | Pay Period: 08/27/2012 – 09/09/2012 | | Pay Date: 09/14/2012 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Thomas Sobiech, PO Box 7, Pine Island, NY 10969 | | | | | ***-**-2281 | Married/Withhold | Fed-4/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Daily Rate | 14:00 | 312.00 | 4,368.00 | 59,005.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local W/H (1.0) | | | -43.68 | -590.05 |
| Local Services Tax | | | 0.00 | -10.00 |
| Federal Withholding | | | -563.00 | -6,467.00 |
| Social Security Employee | | | -183.46 | -2,478.21 |
| Medicare Employee | | | -63.33 | -855.57 |
| PA - Withholding | | | -134.10 | -1,811.45 |
| PA - Unemployment Employee | | | -3.49 | -47.20 |
| | | | -991.06 | -12,259.48 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Daily Per Diem | | | 2,282.00 | 30,970.00 |
| Comm./Tech Allowance | | | 350.00 | 4,750.00 |
| Mileage Reimb. | | | 1,305.50 | 19,163.45 |
| Utility Vehicle Use | | | 200.00 | 5,560.00 |
| | | | 4,137.50 | 60,443.45 |

| Net Pay | | | 7,514.44 | 107,188.97 |
|---|---|---|---|---|

Whipperhill Consulting, LLC
PO Box 41
Coudersport, PA 16915

Thomas Sobiech
PO Box 7
Pine Island, NY 10969

| Employee Pay Stub | | Check number: | | | Pay Period: 09/10/2012 – 09/23/2012 | | | Pay Date: 09/28/2012 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | | **Allowances/Extra** |
| Thomas Sobiech, PO Box 7, Pine Island, NY 10969 | | | | | ***-**-2281 | Married/Withhold | | Fed-4/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Daily Rate | 13:00 | 312.00 | 4,056.00 | 63,061.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Local W/H (1.0) | | | -40.56 | -630.61 |
| Local Services Tax | | | 0.00 | -10.00 |
| Federal Withholding | | | -485.00 | -6,952.00 |
| Social Security Employee | | | -170.35 | -2,648.56 |
| Medicare Employee | | | -58.81 | -914.38 |
| PA - Withholding | | | -124.52 | -1,935.97 |
| PA - Unemployment Employee | | | -3.25 | -50.45 |
| | | | -882.49 | -13,141.97 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Daily Per Diem | | | 2,119.00 | 33,089.00 |
| Comm./Tech Allowance | | | 325.00 | 5,075.00 |
| Mileage Reimb. | | | 1,262.25 | 20,425.70 |
| Utility Vehicle Use | | | 200.00 | 5,760.00 |
| | | | 3,906.25 | 64,349.70 |
| **Net Pay** | | | **7,079.76** | **114,268.73** |

Whipperhill Consulting, LLC
PO Box 41
Coudersport, PA 16915

Thomas Sobiech
PO Box 7
Pine Island, NY 10969

---

| Employee Pay Stub | | Check number: | | | Pay Period: 09/24/2012 - 10/07/2012 | | Pay Date: 10/12/2012 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Thomas Sobiech, PO Box 7, Pine Island, NY 10969 | | | | | ***-**-2281 | Married/Withhold | Fed-4/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Daily Rate | 12:00 | 312.00 | 3,744.00 | 66,805.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local W/H (1.0) | -37.44 | -668.05 |
| Local Services Tax | 0.00 | -10.00 |
| Federal Withholding | -407.00 | -7,359.00 |
| Social Security Employee | -157.25 | -2,805.81 |
| Medicare Employee | -54.29 | -968.67 |
| PA - Withholding | -114.94 | -2,050.91 |
| PA - Unemployment Employee | -2.99 | -53.44 |
| | -773.91 | -13,915.88 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Daily Per Diem | 1,956.00 | 35,045.00 |
| Comm./Tech Allowance | 300.00 | 5,375.00 |
| Mileage Reimb. | 1,196.25 | 21,621.95 |
| Utility Vehicle Use | 200.00 | 5,960.00 |
| | 3,652.25 | 68,001.95 |

| **Net Pay** | **6,622.34** | **120,891.07** |
|---|---|---|

Whipperhill Consulting, LLC
PO Box 41
Coudersport, PA 16915

Thomas Sobiech
PO Box 7
Pine Island, NY 10969

| Employee Pay Stub | | Check number: | | | Pay Period: 10/08/2012 - 10/21/2012 | | | Pay Date: 10/26/2012 |
|---|---|---|---|---|---|---|---|---|
| | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
| **Employee** | | | | | ***-**-2281 | Married/Withhold | | Fed-4/0/PA-0/0 |

Thomas Sobiech, PO Box 7, Pine Island, NY 10969

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Daily Rate | 12:00 | 312.00 | 3,744.00 | 70,549.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local W/H (1.0) | -37.44 | -705.49 |
| Local Services Tax | 0.00 | -10.00 |
| Federal Withholding | -407.00 | -7,766.00 |
| Social Security Employee | -157.25 | -2,963.06 |
| Medicare Employee | -54.29 | -1,022.96 |
| PA - Withholding | -114.94 | -2,165.85 |
| PA - Unemployment Employee | -3.00 | -56.44 |
| | -773.92 | -14,689.80 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Daily Per Diem | 1,956.00 | 37,001.00 |
| Comm./Tech Allowance | 300.00 | 5,675.00 |
| Mileage Reimb. | 1,274.35 | 22,896.30 |
| Utility Vehicle Use | 200.00 | 6,160.00 |
| | 3,730.35 | 71,732.30 |

| Net Pay | 6,700.43 | 127,591.50 |
|---|---|---|

Whipperhill Consulting, LLC
PO Box 41
Coudersport, PA 16915


Thomas Sobiech
PO Box 7
Pine Island, NY 10969

---

| Employee Pay Stub | Check number: | | | | Pay Period: 10/22/2012 – 11/04/2012 | | Pay Date: 11/09/2012 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Thomas Sobiech, PO Box 7, Pine Island, NY 10969 | | | | | ***-**-2281 | Married/Withhold | Fed-4/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Daily Rate | 14:00 | 312.00 | 4,368.00 | 74,917.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local W/H (1.0) | | | -43.68 | -749.17 |
| Local Services Tax | | | 0.00 | -10.00 |
| Federal Withholding | | | -563.00 | -8,329.00 |
| Social Security Employee | | | -183.45 | -3,146.51 |
| Medicare Employee | | | -63.34 | -1,086.30 |
| PA - Withholding | | | -134.10 | -2,299.95 |
| PA - Unemployment Employee | | | -3.49 | -59.93 |
| | | | -991.06 | -15,680.86 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Daily Per Diem | | | 2,282.00 | 39,283.00 |
| Comm./Tech Allowance | | | 350.00 | 6,025.00 |
| Mileage Reimb. | | | 1,411.85 | 24,308.15 |
| Utility Vehicle Use | | | 200.00 | 6,360.00 |
| | | | 4,243.85 | 75,976.15 |

| Net Pay | | | 7,620.79 | 135,212.29 |
|---|---|---|---|---|

Whipperhill Consulting, LLC
PO Box 41
Coudersport, PA 16915

Thomas Sobiech
PO Box 7
Pine Island, NY 10969

**Employee Pay Stub**                                    Check number:

| Pay Period: 11/05/2012 - 11/18/2012 | | Pay Date: 11/23/2012 |
| --- | --- | --- |
| SSN | Status (Fed/State) | Allowances/Extra |
| ***-**-2281 | Married/Withhold | Fed-4/0/PA-0/0 |

**Employee**

Thomas Sobiech, PO Box 7, Pine Island, NY 10969

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
| --- | --- | --- | --- | --- |
| Daily Rate | 14.00 | 312.00 | 4,368.00 | 79,285.00 |

| Taxes | | | Current | YTD Amount |
| --- | --- | --- | --- | --- |
| Local W/H (1.0) | | | -43.68 | -792.85 |
| Local Services Tax | | | 0.00 | -10.00 |
| Federal Withholding | | | -563.00 | -8,892.00 |
| Social Security Employee | | | -183.46 | -3,329.97 |
| Medicare Employee | | | -63.33 | -1,149.63 |
| PA - Withholding | | | -134.10 | -2,434.05 |
| PA - Unemployment Employee | | | -3.50 | -63.43 |
| | | | -991.07 | -16,671.93 |

| Adjustments to Net Pay | | | Current | YTD Amount |
| --- | --- | --- | --- | --- |
| Daily Per Diem | | | 2,282.00 | 41,565.00 |
| Comm./Tech Allowance | | | 350.00 | 6,375.00 |
| Mileage Reimb. | | | 1,371.70 | 25,679.86 |
| Utility Vehicle Use | | | 200.00 | 6,560.00 |
| | | | 4,203.70 | 80,179.86 |

| Net Pay | | | 7,580.63 | 142,792.92 |
| --- | --- | --- | --- | --- |

Whipperhill Consulting, LLC
PO Box 41
Coudersport, PA 16915

Thomas Sobiech
PO Box 7
Pine Island, NY 10969

| Employee Pay Stub | | Check number: | | | Pay Period: 11/19/2012 - 12/02/2012 | | | Pay Date: 12/07/2012 |
|---|---|---|---|---|---|---|---|---|

| Employee | | | | SSN | Status (Fed/State) | | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Thomas Sobiech, PO Box 7, Pine Island, NY 10969 | | | | ***-**-2281 | Married/Withhold | | | Fed-4/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Daily Rate | 11:00 | 312.00 | 3,432.00 | 82,717.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local W/H (1.0) | | | -34.32 | -827.17 |
| Local Services Tax | | | 0.00 | -10.00 |
| Federal Withholding | | | -347.00 | -9,239.00 |
| Social Security Employee | | | -144.14 | -3,474.11 |
| Medicare Employee | | | -49.77 | -1,199.40 |
| PA - Withholding | | | -105.36 | -2,539.41 |
| PA - Unemployment Employee | | | -2.74 | -66.17 |
| | | | -683.33 | -17,355.26 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Daily Per Diem | | | 1,793.00 | 43,358.00 |
| Comm./Tech Allowance | | | 275.00 | 6,650.00 |
| Mileage Reimb. | | | 1,211.65 | 26,891.50 |
| Utility Vehicle Use | | | 200.00 | 6,760.00 |
| | | | 3,479.65 | 83,659.50 |

| Net Pay | | | 6,228.32 | 149,021.24 |
|---|---|---|---|---|